Bret CARDINAL, as Executor for the
Estate of Carmen Cardinal,
Deceased, Petitioner

v.

KINDRED HEALTHCARE, INC., and Personacare of Reading, Inc., d/b/a Kindred Transitional Care and Rehabilitation–Wyomissing, and Kindred Nursing Centers East, LLC, and Kindred Healthcare Operating, Inc., and Monique Cole, NHA, Respondents

No. 304 MAL 2017

Supreme Court of Pennsylvania.

September 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.